Electronically Filed
Supreme Court
SCWC-17-0000544
01-OCT-2018
10:09 AM

SCWC-17-0000544

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

KRISTEN NICOLE AKEMI HIGA, Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000544; CASE NO. 1DTA-16-03508)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Kristen Nicole Akemi Higa's application for writ of certiorari filed on August 20, 2018, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, October 1, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack



/s/ Michael D. Wilson